IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOSEPH PONDER,

    Plaintiff,　　　　　　　　Civil No. 04-6280-TC

    v.　　　　　　　　　　　　ORDER

WILLIAM PORTER, et al.,

    Defendants.

---

COFFIN, Magistrate Judge.

    Plaintiff has filed a Motion for Judgment of Dismissal as to Defendants Curt Pham and Douglas Y.S. Park (#44). Plaintiff alleges that he "forgives" these defendants for their "misconducts"( sic) and moves for dismissal of his claims against them without prejudice.

    There is nothing in the record to indicate that defendants Pham or Park have consented to dismissal without prejudice. Therefore, plaintiff's motion (#44) is denied.

    Plaintiff has also filed a "Motion for Answer or

1 - ORDER

Production of Document from Defendant Erickson." (#45)

Plaintiff's motion (#45) is construed as a motion to compel. However, plaintiff has not established that he requested discover from defendant Erickson or conferred as required by Local Rule 7.1(a). Therefore, plaintiff's motion (#45) is denied.

DATED this 25 day of May, 2005.

_____
Thomas M. Coffin
United States Magistrate Judge