IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOSEPH PONDER,                      )
                                    )
            Plaintiff,              )
                                    )   Civil No. 04-6280-TC
      v.                            )
                                    )   ORDER
WILLIAM PORTER, et al.,             )
                                    )
            Defendants.             )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on April 22, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Defendant Church Mutual Insurance Company's motion to dismiss (#26) is allowed. Plaintiff's motion for summary judgment (#30) as to defendant Church Mutual is denied. Plaintiff's motion for summary judgment (#31) is denied.

IT IS SO ORDERED.

DATED this ___25th___ day of ___May___, 2005.

_____
UNITED STATES DISTRICT JUDGE