IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOSEPH PONDER,)
)
Plaintiff,)
) Civil No. 04-6280-TC
v.)
) ORDER
WILLIAM PORTER, et al.,)
)
Defendants.)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on April 22, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Defendant Travelers Insurance Company's motion to dismiss (#41) is allowed.

IT IS SO ORDERED.

DATED this 25th day of May, 2005.

_Michael E. Hogan_
UNITED STATES DISTRICT JUDGE